IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FREDERICK J. ZIRKELBACH, )<br>a/k/a "Buzz," )<br>)<br>Defendant. ) | CRIMINAL NO. 13-40046-JPG-PMF |

**PRELIMINARY ORDER FOR FORFEITURE PURSUANT
TO FED.R.CRIM.P. 32.2 WITH RESPECT TO FREDERICK J. ZIRKELBACH**

In the Indictment filed in the above cause on April 2, 2013, the United States sought forfeiture of pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) of property possessed by defendant, Frederick J. Zirkelbach. The court, upon consideration of guilty plea in this matter, hereby finds that the following property is forfeitable and hereby orders forfeited the following property:

One Savage Arms, Model 110, .308 caliber bolt-action rifle bearing serial number F988597;

One Marlin, Model 30AW, .30/30 caliber rifle, bearing serial number 07029957;

One Mossberg, Model 500A, 12 gauge shotgun, bearing serial number J598055;

One Winchester, Model 1400 MK II, 12 gauge semi-automatic shotgun, bearing serial number N494589;

One Winchester, Model 1300, 12 gauge semi-automatic shotgun, bearing serial number L3280994;

One Mossberg, Model 500A, 12 gauge pump-action shotgun, bearing serial number K633262;

One Mossberg, Model 190, 16 gauge bolt-action shotgun, bearing no serial number;

One Intratec, Model Tec22, .22 caliber semi-automatic pistol, bearing serial number 071018;

One New England Arms, Model Pardner, .410 gauge single-shot shotgun, bearing serial number NN363824;

One Mossberg, Model 500C, 20 gauge pump-action shotgun, bearing serial number R094251;

One Winchester, Model 62A, .22 caliber pump-action rifle, bearing serial number 232945;

One Marlin, Model 60W, .22 caliber semi-automatic rifle, bearing serial number 06037737;

One Winchester, Model 9422XTR, .22 caliber rifle bearing serial number F397538;

One Springfield, Model 187M, .22 caliber semi-automatic rifle, bearing no serial number; and

Any and all ammunition contained therein or seized with the foregoing firearms.

The United States shall provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

The United States shall, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as a substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the court may amend this order to resolve the claimed third-party interests.

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall seize and reduce to his possession, if he has not already done so, the above-described property.

This Order, pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Frederick J. Zirkelbach at the time of the Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of Defendant Frederick J. Zirkelbach and shall be included in the Judgment imposed against the Defendant. Although this Order will be a final order with respect to the Defendant at the time of sentencing, this Order may later be amended with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

DATE: 9/2/2013

_____
J. PHIL GILBERT
United States District Court Judge